IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES H., | Civil Action No.:  3:21-cv-00167-SB |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 U.S.C. § 406(b) |
| v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 U.S.C. § 406(b), an attorney fee in the amount of $14,700.00 pursuant to Section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1).  After credit is taken for EAJA fees paid in the amount of $7,025.57, the net amount of the fee due plaintiff's counsel is  $7,674.43.

IT IS SO ORDERED:

Date: June 29, 2023.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge